IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

ANDRE DEVEAUX,

      Appellant,

v.

      Case No.  5D23-800
      LT Case No. 2009-CF-008661-A

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed June 6, 2023

3.800 Appeal from the Circuit Court
for Duval County,
Meredith Charbula, Judge.

Andre Deveaux, Jasper, pro se.

Ashley Moody, Attorney General
and Zachary Lawton, Assistant
Attorney General, Tallahassee, for
Appellee.

PER CURIAM.

      AFFIRMED.

BOATWRIGHT, KILBANE and MACIVER, JJ., concur.